AMBER RYEISHA FORD
244 OAKMONT DR
MERIDIAN, MS 39305

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

COMENITYCAPITAL
PO BOX 182120
COLUMBUS, OH 43218

COURTLAND BROWN
244 OAKMONT DR
MERIDIAN, MS 39305

FLEX PAY
PO BOX 52210
PHOENIX, AZ 85072

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

ORTHOFI
2300 N HILL ST
MERIDIAN, MS 39305

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES, CA 90051

SYNCHRONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

SYNCHRONY
PO BOX 71727
PHILADELPHIA, PA 19176

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

USAA FEDERAL
ATTN: BANKRUPTCY
9800 FREDERICKSBURG RD
SAN ANTONIO, TX 78288