**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 § 341 MEETING**
**DATE: 11/18/26**

**IN RE: AMBER RYEISHA FORD** **CASE NO: 26-02816-KMS**

**APPEARANCES:**

( ) DEBTOR 1
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

( ) DEBTOR 2 (Spouse in Joint Cases)
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed
Tax returns received for ______________________(years) on ______________________
Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE ______________________
(✓) ATTORNEY FOR DEBTOR(S): Perry Littlefield
( ) DEBTOR(S) APPEARED PRO SE
YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
( ) HELD
or
( ) NOT HELD
or
( ) NOT CONCLUDED AND IS CONTINUED TO THE 13th DAY OF January, 2027 AT 11:30 O'CLOCK A.M.

YES ( ) NO( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S. C. §329.
CREDITOR (s) ______________________

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within ________ Days of 341(a) Meeting.
( ) OTHER: ______________________
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
______________________

ADDITIONAL NOTES: § 341 meeting not held because the BNC notice of meeting was not sent until 11/1/26, resulting in insufficient notice to creditors.

DATED: 11/18/26 TRUSTEE: DEREK A. HENDERSON
Track # ________ or Tape # ______ Side ______ Counter Start # ________