United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02816-KMS
Amber Ryeisha Ford Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 23, 2026 Form ID: pdf012 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amber Ryeisha Ford, 244 Oakmont Dr, Meridian, MS 39305-9381 |
| 5736284 | + | Courtland Brown, 244 Oakmont Dr, Meridian, MS 39305-9381 |
| 5736293 | + | OrthoFi, 2300 N Hill St, Meridian, MS 39305-2633 |
| 5736294 | + | PennyMac Loan, Po Box 514387, Los Angeles, CA 90051-4387 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5736280 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 23 2026 19:27:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5736282 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 23 2026 19:15:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5736281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2026 19:17:15 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5736283 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2026 19:16:00 | Comenitycapital, Po Box 182120, Columbus, OH 43218-2120 |
| 5736286 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 23 2026 19:15:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5736288 | + | Email/Text: ebone.woods@usdoj.gov | Nov 23 2026 19:16:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5736287 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2026 19:15:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5736290 | | Email/Text: ebn@mohela.com | Nov 23 2026 19:15:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5736289 | | Email/Text: ebn@mohela.com | Nov 23 2026 19:15:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5736291 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 23 2026 19:16:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5736292 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 23 2026 19:16:00 | Navy Fcu, Po Box 3700, Merrifield, VA 22119-3700 |
| 5736295 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2026 19:27:36 | Synchrony, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5736296 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2026 19:17:25 | Synchrony, Po Box 71727, Philadelphia, PA 19176-1727 |
| 5736297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2026 19:17:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5736298 | + | Email/Text: bncmail@w-legal.com | Nov 23 2026 19:15:00 | Target, PO Box 9475, Minneapolis, MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55440-9475 |
| 5736299 | | Email/Text: bknotice@upgrade.com | Nov 23 2026 19:15:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St 23rd Fl, San Francisco, CA 94111 |
| 5736285 | | Email/Text: bknotice@upgrade.com | Nov 23 2026 19:15:00 | Flex Pay, PO Box 52210, Phoenix, AZ 85072 |
| 5736300 | ^ | MEBN | Nov 23 2026 19:11:29 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5736301 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 23 2026 19:15:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Amber Ryeisha Ford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

**AMBER RYEISHA FORD** **CASE NO.: 26-02816-KMS**

**DEBTOR.** **CHAPTER 7**

**ORDER EXTENDING DEADLINES AND**
**NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS**

This matter is before the Court *sua sponte*. Upon consideration of the Chapter 7 Trustee's Proceeding Memo (Dkt. No. 14) continuing the § 341 Meeting of Creditors ("§ 341 Meeting"), the Court finds that the service interruption of the Bankruptcy Noticing Center ("BNC") prevented timely and or proper notice of the § 341 Meeting originally scheduled for November 18, 2026. The Trustee has rescheduled the § 341 Meeting to permit proper notice and opportunity for creditors to participate.

**YOU ARE HEREBY NOTIFIED** that the § 341 Meeting is rescheduled for **January 13, 2027** at **11:30 a.m.**, to be conducted by **Zoom Meeting. Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709, or call 769-219-3337**.

Accordingly, it is **ORDERED** that:

The deadlines for filing the following are extended through the date that is 60 days after the conclusion of the § 341 Meeting:

1. Complaint objecting to discharge under § 727(a);
2. Complaint to determine the dischargeability of a debt under § 523(c);
3. Motion objecting to discharge under §§ 727(a)(8) or (a)(9); or
4. Motion requesting an extension of time to file a complaint or motion objecting to discharge.

**##END OF ORDER##**